IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERNADETTE M. PAIK-APAU, ) | CV 10-00699 SOM-RLP |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEUTSCHE BANK NATIONAL ) | |
| TRUST CO., AS TRUSTEE IN ) | |
| TRUST OF THE BENEFIT OF THE ) | |
| CERTIFICATE HOLDERS FOR ) | |
| AMERIQUEST MORTGAGE ) | |
| SECURITIES TRUST 2005-R11; ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEM; ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY; AMERIQUEST ) | |
| MORTGAGE SECURITIES; ) | |
| AMERICAN HOME MORTGAGE ) | |
| SERVICING, INC.; ROUTH ) | |
| CRABTREE AND OLSEN; DOES 1 ) | |
| THROUGH 20, INCLUSIVE ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on December 27, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Deny Without Prejudice Defendants Homeward Residential,

Inc. and Deutsche Bank National Trust Co., as Trustee in Trust of the Benefit of the Certificate Holders for Ameriquest Mortgage Securities Trust 2005-R11's Motion for Attorneys' Fees and Costs" are adopted as the opinion and order of this Court.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, January 16, 2013.



      /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Bernadette M. Paik-Apau v. Deutsche Bank National Trust Co., as Trustee in Trust of the Benefit of the Certificate Holders for Ameriquest Mortgage Securities Trust 2005-R11;CV 10-00699 SOM-RLP
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION