IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BERNADETTE M. PAIK-APAU, | ) | CIVIL NO. 10-00699 SOM-RLP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| vs. | ) | DEFENDANTS HOMEWARD |
| | ) | RESIDENTIAL, INC. AND |
| DEUTSCHE BANK NATIONAL TRUST | ) | DEUTSCHE BANK NATIONAL TRUST |
| CO., AS TRUSTEE IN TRUST OF | ) | CO., AS TRUSTEE IN TRUST OF |
| THE BENEFIT OF THE | ) | THE BENEFIT OF THE |
| CERTIFICATE HOLDERS FOR | ) | CERTIFICATE HOLDERS FOR |
| AMERIQUEST MORTGAGE | ) | AMERIQUEST MORTGAGE |
| SECURITIES TRUST 2005-R11, ET | ) | SECURITIES TRUST 2005-R11'S |
| AL., | ) | RENEWED MOTION FOR ATTORNEYS' |
| | ) | FEES AND COSTS |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY
DEFENDANTS HOMEWARD RESIDENTIAL, INC. AND DEUTSCHE BANK
NATIONAL TRUST CO., AS TRUSTEE IN TRUST OF THE BENEFIT
OF THE CERTIFICATE HOLDERS FOR AMERIQUEST MORTGAGE SECURITIES
TRUST 2005-R11'S RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS

Findings and Recommendation having been filed and served on all parties on February 22, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Defendants Homeward Residential, Inc. and Deutsche Bank National Trust Co., as Trustee in Trust of the Benefit of the Certificate Holders for Ameriquest Mortgage Securities Trust 2005-R11's Renewed Motion for Attorneys' Fees and Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 21, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Bernadette M. Paik-Apau v. Deutsche Bank National Trust Co., as Trustee in Trust of the Benefit of the Certificate Holders for Ameriquest Mortgage Securities Trust 2005-R11, et al., CIVIL NO. 10-00699 SOM-RLP, ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS HOMEWARD RESIDENTIAL, INC. AND DEUTSCHE BANK NATIONAL TRUST CO., AS TRUSTEE IN TRUST OF THE BENEFIT OF THE CERTIFICATE HOLDERS FOR AMERIQUEST MORTGAGE SECURITIES TRUST 2005-R11'S RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS